UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHOAIB ABDARA, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>KRISTI NOEM, Secretary of Homeland Security, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:24-cv-2112-RSM<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME |

UPON consideration of Defendants' Unopposed Motion for Extension of Time, it is hereby ordered that the motion is GRANTED. The noting date of Defendants' Motion to Dismiss (ECF No. 9) shall be August 1, 2025. Plaintiffs' deadline to file an opposition brief to Defendants' Motion to Dismiss shall be July 28, 2025, and Defendants' deadline to file a reply brief shall be August 1, 2025.

DATED this 10th day of July, 2025.

　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER - 1