UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHOAIB ABDARA, *et al.*,

Plaintiffs,

v.

KRISTI NOEM, *et al.*,

Defendants.

Case No. C24-2112-RSM

ORDER GRANTING DEFENDANTS' MOTION TO WITHDRAW AS ATTORNEY

This matter comes before the Court Defendants' Motion to Withdraw as Attorney pursuant to Local Civil Rule 83.2(b). Dkt. #18. Defendants move to withdraw Brandon D. Zeller as counsel for Defendants, as his last day of employment with the U.S. Department of Justice's Office of Immigration Litigation was October 10, 2025. *Id*. Defendants are represented by other counsel, and Plaintiffs do not oppose. Accordingly, the Court finds good cause to grant the Motion.

Having considered the instant Motion and remainder of the docket, the Court hereby finds and ORDERS that Defendants' Motion to Withdraw as Attorney, Dkt. #18, is GRANTED. Brandon D. Zeller will be terminated as counsel for Defendants in this matter.

DATED this 5th day of January, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE